# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                Case Number: 4:22−cr−00488

Giovanny Xavier Limon

---

## Notice of Setting

**A proceeding has been set in this case as to Giovanny Xavier Limon as set forth below.**

**BEFORE:**
**Judge David Hittner**

**LOCATION:**
Courtroom 8A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 6/4/2024

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Motion Hearing
Applicable defendant(s) required to be present at the hearing.

RE: Sealed Event − #100

---

Date:   April 30, 2024                                    Nathan Ochsner, Clerk